UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-2660-CAS(PJWx) | Date | June 19, 2013 |
|---|---|---|---|
| Title | *KALI A. GORDON v. STARBUCKS COFFEE COMPANY; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court is in receipt of plaintiff's Response to OSC re: Prosecution of Amanda Stugis Melby filed June 6, 2013, attaching a copy of the proof of service filed in State Court on March 25, 2013. The proof of service indicates defendant Amanda Sturgis Melby was served on March 18, 2013.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 5, 2013** why this action should not be dismissed for lack of prosecution **as to defendant AMANDA STURGIS MELBY, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) An answer by **defendant AMANDA STURGIS MELBY,** or plaintiff's request for entry of default on these defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |