1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   GREGORY W. KNOPP (SBN 237615)
2  DAMIEN P. DELANEY (SBN 246476)
   GALIT A. KNOTZ (SBN 252962)
3  gknopp@akingump.com
   ddelaney@akingump.com
4  gknotz@akingump.com
   2029 Century Park East, Suite 2400
5  Los Angeles, California 90067
   Telephone:   310-229-1000
6  Facsimile:    310-229-1001

7  Attorneys for Defendant
   STARBUCKS CORPORATION
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| KALI A. GORDON, an individual | Case No. CV13-02660-CAS (PJWx) |
| Plaintiff, | [Hon. Christina Snyder] |
| v. | **[PROPOSED] ORDER OF DISMISSAL** |
| STARBUCKS CORPORATION, dba Starbucks Coffee Company, a Washington Company; and DOES 1-50, | |
| Defendants. | Date Action Filed:    February 21, 2013<br>Date Action Removed:   April 16, 2013 |

## ORDER OF DISMISSAL

The Parties' Stipulation of Dismissal is hereby so ordered.  All of Plaintiffs causes of action against Defendants in the above captioned matter are hereby dismissed with prejudice, all parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  _December 5, 2013
_____

*Christina A. Snyder*

Hon. Christina A. Snyder
United States District Court Judge

PROOF OF SERVICE

Case No. 2:13-cv-02660-CAS